UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARDIEL,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. **CV 10-8979-JFW**<br>[CR 03-488-DT]<br><br>**JUDGMENT** |

Pursuant to this Court's December 8, 2010 Order denying Petitioner Francisco Cardiel's Petition for Habeas Relief under 28 U.S.C.§2255 on Motion to Set Aside, Vacate or Correct Sentence,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: December 8, 2010

                                  JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE

S:\JFW\CIVIL CASES\USA 2255 Cardiel 10-8979\2255 Judgment.wpd
(Rev. 2/15/08)